**FILED**

July 02, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**ANTONIO CHAVEZ GUTIERREZ,**         §
                                      §
         **Petitioner,**              §
                                      §
**v.**                                §         **NO. SA-26-CV-03653-OLG**
                                      §
**FACILITY WARDEN, South Texas**      §
**ICE Processing Center, *et al.*,**  §
                                      §
         **Respondents.**             §

**DISMISSAL ORDER**

Before the Court is the status of this habeas proceeding, which Petitioner initiated on June 5, 2026, by filing his Petition for Writ of Habeas Corpus (Dkt. No. 1). On June 16, 2026, Respondents advised that Petitioner was released from custody two days after the filing of his Petition, on June 7, 2026. (Dkt. No. 4.) Accordingly, because Petitioner is no longer in Respondents' custody, this habeas proceeding is **DISMISSED WITHOUT PREJUDICE** as moot.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on July 2, 2026.

_____

ORLANDO L. GARCIA
United States District Judge